1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ROSALINDA RANGEL,                                    CASE NO. 1:12-cv-00411-AWI-SMS

        Plaintiff,

v.                                                                    ORDER AUTHORIZING
                                                                        SERVICE OF COMPLAINT

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

      On June 7, 2012, Plaintiff Rosalinda Rangel submitted her first amended complaint in this

matter.  The Court, having screened the first amended complaint pursuant to 28 U.S.C. § 1915(a),

finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is

now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and

scheduling order.

IT IS SO ORDERED.

**Dated:    June 12, 2012**              _____
                                                          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE

-1-