BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| ROSALINDA RANGEL, )<br>        Plaintiff, )<br><br>    v. )<br><br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br><br>        Defendant. )<br>_____ ) | Case No.  CIV-1:12-00411-AWI-SMS<br><br>STIPULATION AND ORDER<br>FOR A FIRST EXTENSION FOR<br>DEFENDANT TO FILE HIS OPPOSITION OR<br>OTHERWISE RESPOND TO PLAINTIFF'S<br>OPENING BRIEF |

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

of the Court, that Defendant shall have a first extension, or until January 2, 2013, in which to file his

Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

      This request is not intended to cause intentional delay. This is Defendant's first request for an

extension of time in this matter.

                                       Respectfully submitted,

Dated: December 3, 2012        */s/ Sengthiene Bosavanh*
                                 (as authorized via e-mail)
                                 SENGTHIENE BOSAVANH
                                 Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: December 3, 2012

By /s/ Elizabeth Barry
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 12/4/2012

/s/ SANDRA M. SNYDER
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE